**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:25-cr-00012 |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| TRAVIS DELANEY HESTER | ) | Magistrate Judge Christopher H. Steger |

**O R D E R**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 51) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to a lesser-included offense of Count Four of the four-count Indictment; (2) accept Defendant's guilty plea to a lesser-included offense of Count Four of the four-count Indictment; (3) adjudicate Defendant guilty of distribution of 5 grams or more of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B); and (4) order that Defendant remain out of custody subject to the Order Setting Conditions of Release (Doc. 19) pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 51) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to a lesser-included offense of Count Four of the four-count Indictment is **GRANTED**;
2. Defendant's plea of guilty to a lesser-included offense of Count Four of the four count Indictment is **ACCEPTED**;
3. Defendant is hereby **ADJUDGED** guilty of distribution of 5 grams or more of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B);

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and
5. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release (Doc. 19) until further order of this Court or sentencing in this matter which is scheduled to take place before the undersigned on **March 10, 2027, at 2:00 p.m**.

**SO ORDERED.**

**ENTER:**

/s/ ____________________
CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE